DANIEL J. BRODERICK, #89424
Federal Defender
PEGGY SASSO, Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOHN FISCHER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 6:11-mj-00149 MJS-1 |
| Plaintiff, | WAIVER OF DEFENDANT'S PERSONAL PRESENCE; [PROPOSED] ORDER THEREON |
| v. | |
| JOHN FISCHER, | Magistrate Judge: Michael J. Seng |
| Defendant. | |

     Mr. Fischer resides in Australia; it is a significant financial and personal hardship for Mr. Fischer to be present at court in Yosemite. Pursuant to F. R. Crim. P. 43(b)(2) and (3), Defendant hereby waives his right to be personally present in open court upon the hearing of any proceeding in this case, including, but not limited to status conferences, motion hearings and change of plea. Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times. Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

     Specifically, Mr. Fischer understands that he has the right to appear in person in the Eastern District of California at arraignment, plea and sentencing. Pursuant to Fed. R. Crim. P. 43(b)(2) & (3),

Mr. Fischer waives the right to be personally present, and requests that arraignment, plea and sentencing be conducted in his absence.

DATED: January 31, 2012          /s/ John Fischer
                                 JOHN FISCHER


DATED:  January 30, 2012         /s/ Peggy Sasso
                                 PEGGY SASSO
                                 Assistant Federal Defender
                                 Attorney for John Fischer

# O R D E R

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order, and that Defendant's arraignment, plea and sentencing may proceed in Defendant's absence.

IT IS SO ORDERED.

Dated:   February 1, 2012          /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE